## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:05CV64-MU-02

DAVID LEE SMITH, on behalf of him- )
  self and all others similarly    )
  situated,
     Plaintiffs,             )
                                )
     v.                    )          ORDER
                                  )
THE STATE OF NORTH CAROLINA;    )
GOVERNOR MICHAEL EASLEY;         )
THE COUNTY OF LEE, NORTH CAROLINA; )
  and                        )
SHERIFF BILLY BRYANT,        )
     Defendants.          )
_____)

**THIS MATTER** comes before the Court on plaintiffs' document captioned as "Motion: Injunction Pending Appeal Pursuant To Fed. Rule App.Proc. Rule 8(a)(1)C)," filed April 18, 2005.  For the reasons stated herein, the subject Motion will be <u>denied</u>.

According to pertinent Court records, on February 15, 2005, the plaintiffs, through named plaintiff David Lee Smith, filed a civil rights action under 42 U.S.C. §1983 in this Court.  However, inasmuch as the plaintiffs' Complaint revealed that their allegations related exclusively to treatment which they reportedly endured in Lee County, North Carolina, this Court transferred the plaintiffs' case to the Federal District Court for the Middle District of North Carolina (<u>see</u> this Court's Order of February

18, 2005, document # 2).

Notwithstanding that critical fact, the plaintiffs have
continued to file documents in this Court, including the instant
Motion for injunctive relief.  Nevertheless, because the plain-
tiffs no longer have a case pending in this District, and this
Court lacks authority to enter an Order in a case which is
pending within another judicial district, the plaintiffs' Motion
will be <u>denied</u>.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.  The plaintiffs' Motion for an Injunction is **DENIED;** and

2.  The Clerk shall send copies of this Order to the named
plaintiff, David Lee Smith; to the Clerk of Court for the Middle
District of North Carolina; and to the Clerk of the Fourth
Circuit Court of Appeals.

**SO ORDERED.**

**Signed: June 9, 2005**

Graham C. Mullen
Chief United States District Judge